# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                         No. 4:12CR00243 JLH

MARCUS BLACKMAN
and DEMETRIUS KELLEY                                       DEFENDANTS

## **ORDER**

The government has filed a motion to dismiss indictment in this matter without prejudice. Defendants Blackman and Kelley have each responded and state no objection. The motion is GRANTED. Document #71. The indictment is hereby dismissed without prejudice as to defendants Marcus Blackman and Demetrius Kelley.

Defendants Marcus Blackman and Demetrius Kelley are currently in custody. If there are no other holds on either of them, the United States Marshal is ordered to immediately release defendants Marcus Blackman and Demetrius Kelley from custody.

IT IS SO ORDERED this 19th day of February, 2014.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE